```
___ FILED   ___ LODGED
         ___ RECEIVED

        FEB 06 2015

     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>vs.<br><br>GILBERT SURITA,<br><br>   Defendant/Judgment Debtor,<br><br>   and<br><br>R.T. LONDON COMPANY,<br><br>   Garnishee. | NO. MC 15-5007BHS<br><br>(3:07-CR-5757-1)<br><br>ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT FOR WAGES |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Wages due and owing to the Defendant/Judgment Debtor, Gilbert Surita, from R.T. London Company, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment for Wages against R.T. London Company, whose address is R.T. London Company, Attn: Anne Trujillo, 8605B Commerce Place Dr. NE, Lacey, WA 98516.

//

---

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT FOR WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

DATED this ___6___ day of ___February___, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT FOR WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970