**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GILBERT SURITA,<br><br>　　　Defendant/Judgment Debtor,<br><br>　and<br><br>R.T. LONDON COMPANY,<br><br>　　　　　Garnishee. | NO.  3:15-MC-05007-BHS<br><br>　　　(3:07-CR-5757-1)<br><br>**Continuing Garnishee Order for Wages** |

A Writ of Continuing Garnishment for Wages, directed to Garnishee, R.T. London Company, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee R.T. London Company filed an Answer on February 23, 2015, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Gilbert Surita was an active employee who was paid weekly.

//

//

**CONTINUING GARNISHEE ORDER FOR WAGES**
**(USDC#: 3:15-MC-05007-BHS/3:07-CR-5757-1) - 1**

After notification of the garnishment proceeding was mailed to the parties on or about February 11, 2015, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, R.T. London Company, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Gilbert Surita, upon each period of time when Defendant/Judgment Debtor Surita is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Surita's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court.  This includes all monies previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment for Wages;

That such payments shall be applied to Defendant/Judgment Debtor Surita's outstanding obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:07-CR-5757-1 and 3:15-MC-05007-BHS, and delivered either personally or by First Class Mail to:

//

CONTINUING GARNISHEE ORDER FOR WAGES
(USDC#: 3:15-MC-05007-BHS/3:07-CR-5757-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101; and

That this Continuing Garnishee Order for Wages shall continue until the Court orders otherwise or that one of the following conditions is met: (1) the debt of the Defendant/Judgment Debtor is paid in full or (2) the Defendant/Judgment Debtor is no longer an active employee of Garnishee and Garnishee no longer has possession, custody, or control of any further funds belonging to the Defendant/Judgment Debtor.

DATED this 29th day of April, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER FOR WAGES**
**(USDC#: 3:15-MC-05007-BHS/3:07-CR-5757-1) - 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970